# United States Bankruptcy Court
## Southern District of Florida

In re: __Invicta Enterprises LLC__
Debtor(s)

Case No. _____
Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Invicta Enterprises LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January 10, 2022** | **/s/ Nathan G. Mancuso** |
| Date | **Nathan G. Mancuso 174254** |
| | Signature of Attorney or Litigant |
| | Counsel for __Invicta Enterprises LLC__ |
| | **Mancuso Law, P.A.** |
| | **7777 Glades Rd., Suite 100** |
| | **Boca Raton, FL 33434** |
| | **561-245-4705 Fax:561-245-4639** |
| | **ngm@mancuso-law.com** |